AO 442 (Rev. 11/11) Arrest Warrant

**FILED**

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

2013 MR 18 AM 11: 45

WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE

BY: _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. SA-13-CR-199-FB (6) |
| ALICIA RODRIGUEZ | ) | DR13-3824M-01 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **ALICIA RODRIGUEZ**
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21:USC 846 & 841(a)(1) Ct. 1-3 CONSPIRACY TO POSSESS A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (COCAINE), 21:USC 963-952(a) Ct. 4-5 CONSPIRACY TO IMPORT A CONTROLLED SUBSTANCE, (COCAINE), Ct. 6 18:USC 1956(a)(2)(A) LAUNDERING OF MONETARY INSTRUMENTS, Cts. 7-8 21:USC 959 MANUFACTURE OR DISTRIBUTE A CONTROLLED SUBSTANCE, (COCAINE & HEROIN) Ct. 9-14  21:USC 841(a)(1) & 18:USC 2 POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE (MARIJUANA) (METHAMPHETAMINE) (HEROIN) (COCAINE) & AIDING AND ABETTING. Ct. 15-16  18:USC 924(c)(1) & (o) CONSPIRACY TO POSSESS A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME.

Date: 03/06/2013

_____
*Issuing officer's signature*

City and state: San Antonio, Texas

Wayne Garcia, U.S. Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3-8-13, and the person was arrested on *(date)* 3-18-13
at *(city and state)* Del Rio, TX

Date: 3-18-13

_____
*Arresting officer's signature*

Rosie M Perez, CPS, USMS
*Printed name and title*

**SEALED**

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS 2013 MAR -6 PM 1:00
SAN ANTONIO DIVISION

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. |
| Plaintiff, | ) SA13CR0199 FB |
| v. | ) INDICTMENT |
| | ) CT 1: 21:846 & 841(a)(1)-Conspiracy to |
| **MARTIN QUEVEDO** aka "McLovin" and | ) Possess a Controlled Substance with |
| "Fruity" (1). | ) Intent to Distribute (cocaine); |
| | ) CT 2: 21:846 & 841(a)(1)-Conspiracy to |
| | ) Possess a Controlled Substance with |
| | ) Intent to Distribute (heroin); |
| **ARTURO ISARRARAS** aka "Turi" aka | ) CT 3: 21:846 & 841(a)(1)-Conspiracy to |
| "ARTURO IZARRARAS" (3) | ) Possess a Controlled Substance with |
| | ) Intent to Distribute (methamphetamine) |
| | ) CT 4: 21: 963 & 952(a)- Conspiracy to |
| **ALICIA RODRIGUEZ** (6) | ) Import a Controlled Substance (cocaine); |
| **ERIKA GONZALEZ** (7) | ) CT 5:21: 963 & 952(a)- Conspiracy to |
| | ) Import a Controlled Substance (heroin); |
| | ) CT 6: 18:1956(a)(2)(A)-Laundering of |
| | ) Monetary Instruments; |
| | ) CT 7: 21:959- Manufacture or Distribute |
| Defendants. | ) a Controlled substance (Cocaine) |
| | ) (extra-territorial); |
| | ) CT 8: 21:959- Manufacture or Distribute |
| | ) a Controlled Substance (heroin) |
| | ) (extra-territorial); |
| | ) CT 9: 21:841(a)(1) & 18:2-Possession |
| | ) with Intent to Distribute a Controlled |
| | ) Substance (marijuana); Aiding & Abetting; |
| | ) CT 10: 21:841(a)(1) & 18:2-Possession |
| | ) with Intent to Distribute a Controlled |
| | ) Substance (methamphetamine); |
| | ) CT 11: 21:841(a)(1) & 18:2-Possession |
| | ) with Intent to Distribute a Controlled |
| | ) Substance (heroin); Aiding & Abetting; |
| | ) CT 12: 21:841(a)(1) & 18:2-Possession |
| | ) with Intent to Distribute a Controlled |
| | ) Substance (heroin); Aiding & Abetting; |
| | ) CT 13: 21:841(a)(1) & 18:2-Possession |
| | ) with Intent to Distribute a Controlled |
| | ) Substance (cocaine); Aiding & Abetting |
| | ) CT 14: 21:841(a)(1) & 18:2-Possession |
| | ) with Intent to Distribute a Controlled |
| | ) Substance (heroin); Aiding & Abetting; |
| | ) CT 15: 18:924(c)(1) and (o)- Conspiracy |
| | ) to Possess a Firearm in Furtherance of a |
| | ) Drug Trafficking Crime |
| | ) CT 16: Using or Carrying a Firearm |
| | ) During and in Relation to a Drug |
| | ) Trafficking Crime or Possession |
| | ) in Furtherance of a Drug Trafficking Crime |

THE GRAND JURY CHARGES:

## COUNT ONE
(21 U.S.C. §§ 846 & 841(a)(1) & 841(b)(1)(A)(ii))

That beginning on or about January 1, 2007, and continuing through and including the date of this indictment, in the Western District of Texas, Defendant,

**MARTIN QUEVEDO aka "McLovin" and "Fruity" (1).**
**ARTURO ISARRARAS aka "Turi" aka "ARTURO IZARRARAS" (3)**
**ALICIA RODRIGUEZ (6)**
**ERIKA GONZALEZ (7)**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

## COUNT TWO
(21 U.S.C. §§ 846 & 841(a)(1) & 841(b)(1)(A)(i))

That beginning on or about January 1, 2007, and continuing through and including the date of this indictment, in the Western District of Texas, Defendant,

**MARTIN QUEVEDO aka "McLovin" and "Fruity" (1).**
**ARTURO ISARRARAS aka "Turi" aka "ARTURO IZARRARAS" (3)**
**ALICIA RODRIGUEZ (6)**
**ERIKA GONZALEZ (7)**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved one kilogram or more of a mixture or substance containing a

detectable amount of heroin, a Schedule I Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)(i).

### COUNT THREE
(21 U.S.C. §§ 846 & 841(a)(1) & 841(b)(1)(A)(viii))

That beginning on or about January 1, 2007, and continuing through and including the date of this indictment, in the Western District of Texas, Defendant,

**MARTIN QUEVEDO aka "McLovin" and "Fruity" (1).**
**ARTURO ISARRARAS aka "Turi" aka "ARTURO IZARRARAS" (3)**
**ALICIA RODRIGUEZ (6)**
**ERIKA GONZALEZ (7)**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii)

### COUNT FOUR
(21 U.S.C. § 963, 952(a) & 960(a)(1) & 960(b)(1)(B))

That beginning on or about January 1, 2007, and continuing through and including the date of this indictment, in the Western District of Texas, Defendants,

**MARTIN QUEVEDO aka "McLovin" and "Fruity" (1).**
**ARTURO ISARRARAS aka "Turi" aka "ARTURO IZARRARAS" (3)**
**ALICIA RODRIGUEZ (6)**
**ERIKA GONZALEZ (7)**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say,

they conspired to import a controlled substance, which offense involved five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from Mexico, contrary to Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(B).

## COUNT FIVE
(21 U.S.C. § 963, 952(a) & 960(a)(1) & 960(b)(1)(A))

That beginning on or about January 1, 2007, and continuing through and including the date of this indictment, in the Western District of Texas, Defendants,

**MARTIN QUEVEDO aka "McLovin" and "Fruity" (1).**

**ARTURO ISARRARAS aka "Turi" aka "ARTURO IZARRARAS" (3)**

**ALICIA RODRIGUEZ (6)**
**ERIKA GONZALEZ (7)**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to import a controlled substance, which offense involved one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, into the United States from Mexico, contrary to Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(A).

## COUNT SIX
(18 U.S.C. §§ 1956 (a)(1)(A)(i) & (ii) and 1956(h))

Beginning on or about January 1, 2010, and continuing through and including the date of this indictment, in the Western District of Texas and elsewhere, the Defendant,

**MARTIN QUEVEDO aka "McLovin" and "Fruity" (1).**

did knowingly conspire with others known and unknown to the Grand Jury, to conduct and to attempt to conduct financial transactions, affecting interstate and foreign commerce, which

involved the proceeds of a specified unlawful activity, with the intent to promote the carrying on of the specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, to-wit: drug trafficking violations of Title 21, United States Code, Sections 846 and 841(a)(1), all in violation of Title 18, U.S.C. 18 U.S.C. §§ 1956 (a)(1)(A)(i) & (ii) and 1956(h))

### COUNT SEVEN
(21 U.S.C. § 959)

That beginning on or about January 1, 2007, and continuing through and including the date of this indictment, in the Republic of Mexico and elsewhere, Defendants,

**MARTIN QUEVEDO aka "McLovin" and "Fruity" (1).**
ALICIA RODRIGUEZ (6)
ERIKA GONZALEZ (7)

knowingly, intentionally, and unlawfully distributed 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, intending and knowing that said controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959.

### COUNT EIGHT
(21 U.S.C. § 959)

That beginning on or about January 1, 2007, and continuing through and including the date of this indictment, in the Republic of Mexico and elsewhere, Defendants,

**MARTIN QUEVEDO aka "McLovin" and "Fruity" (1).**
(6)
ERIKA GONZALEZ (7)

knowingly, intentionally, and unlawfully distributed 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, intending and knowing that said controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959.

### COUNT NINE
(21 U.S.C. §§ 846 & 841(a)(1) & 841(b)(1)(D))

That beginning on or about January 1, 2012, and continuing through and including the date of this indictment, in the Western District of Texas, Defendant,

**MARTIN QUEVEDO aka "McLovin" and "Fruity" (1).**

**ARTURO ISARRARAS aka "Turi" aka "ARTURO IZARRARAS" (3)**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved a mixture or substance containing a detectable amount of marijuana, a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

### COUNT TEN
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii) & 18 U.S.C. § 2)

That beginning on or about April 17, 2012, and continuing through and including April 19, 2012, in the Western District of Texas, Defendants,

**MARTIN QUEVEDO aka "McLovin" and "Fruity" (1).**

**ARTURO ISARRARAS aka "Turi" aka "ARTURO IZARRARAS" (3)**

knowingly and intentionally possessed with intent to distribute a controlled substance, and aided and abetted the knowing and intentional possession with intent to distribute a controlled substance, which offense involved fifty grams or more methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii) and 18 U.S.C. § 2.

### COUNT ELEVEN
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(i) & 18 U.S.C. § 2)

That on or about April 25, 2012, in the Western District of Texas, Defendants,

**MARTIN QUEVEDO aka "McLovin" and "Fruity" (1)**

knowingly and intentionally possessed with intent to distribute a controlled substance, and aided and abetted the knowing and intentional possession with intent to distribute a controlled substance, which offense involved one hundred grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(i) and 18 U.S.C. § 2.

**COUNT TWELVE**
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) & 18 U.S.C. § 2)

That on or about June 7, 2012, in the Western District of Texas, Defendants,

**MARTIN QUEVEDO aka "McLovin" and "Fruity" (1)**

knowingly and intentionally possessed with intent to distribute a controlled substance, and aided and abetted the knowing and intentional possession with intent to distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of heroin, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 18 U.S.C. § 2.

**COUNT THIRTEEN**
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(ii))

That on or about February 13, 2013, in the Western District of Texas and elsewhere, Defendants,

**MARTIN QUEVEDO aka "McLovin" and "Fruity" (1)**
**ALICIA RODRIGUEZ (6)**
**ERIKA GONZALEZ (7)**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved five kilograms or more of a mixture or substance containing a detectable

amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

## COUNT FOURTEEN
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(i))

That on or about February 13, 2013, in the Western District of Texas and elsewhere, Defendants,

**MARTIN QUEVEDO aka "McLovin" and "Fruity" (1)**

**ALICIA RODRIGUEZ (6)**
**ERIKA GONZALEZ (7)**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

## COUNT FIFTEEN
(18 U.S.C. §§ 924(c)(1) and (o))

Beginning on or about January 1, 2008, and continuing through and including the date of this indictment, in the Western District of Texas, Defendants,

**MARTIN QUEVEDO aka "McLovin" and "Fruity" (1)**

knowingly combined, conspired, confederated, and agreed with each other and others known and unknown to the Grand Jury to commit offenses against the United States, that is, the **DEFENDANTS** conspired to possess firearms in furtherance of the drug trafficking crimes charged in Counts One, Two, Three and Four of this Indictment, re-alleged herein, contrary to Title 18, United States Code, Sections 924(c)(1) and (o).

## COUNT SIXTEEN
(18 U.S.C. §§ 924(c))

Beginning on or about November 6, 2012, in the Western District of Texas, Defendants, ███████████████████████████████████████ ███████ did knowingly carry and use a firearm, that is a Taurus PT 58 HC Plus .380 caliber pistol, serial number KBM 45204, a High Point 995 9 millimeter rifle, serial number B21955, a Roman Cugir Draco 7.62 x 39 caliber rifle, serial number DC-7887-11 RO, a Ruger P94 9mm caliber pistol, serial number 34100292, and a Taurus PT738 .380 caliber pistol, serial number 17241B, during and in relation to the drug trafficking crimes charged in Counts One, Two, Three, Four, Five and Nine of this Indictment, re-alleged herein, and did possess said firearms in furtherance of said drug trafficking crimes, contrary to Title 18, United States Code, Sections 924(c)(1) and 2.

A TRUE BILL.

███████████████████
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: _____
    RUSSELL D. LEACHMAN
    Assistant U.S. Attorney

FILED

MAR 19 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| vs. | § Case Number: DR:13-M -03824(1) |
| | § (SA-13-CR-199-FB-6) |
| (1) Alicia Rodriguez | § Time: 7 minutes |
| | § SWORN: [X] |
| AKA: | |

## PROCEEDING MEMO - INITIAL APPEARANCE

1.  [ ] Complaint Filed _____    [X] Arrest Warrant Issued    3/6/13
                                                                     _Date_

    [X] Indictment

    [ ] Information

    [ ] Prob Form 12                      [X] Agency    U.S. Marshal's

    [X] Arrested     3/18/13
                     _Date_

2.  **COURT PERSONNEL:**
    Magistrate Judge: **COLLIS WHITE**

    Courtroom Deputy: **Veronica Sobrevilla**

    Interpreter: None Required

3.  **APPEARANCES:**    For the United States:    Lewis Thomas

    For the Defendant: _____

    Address: _____

    Phone: _____

    Retained [ ]    FPD [ ]    CJA [ ]

4.  **PROCEEDINGS:**

    a.  [ ] Defendant found competent.

    b.  [X] Defendant informed of and received copy of charging document.
        Violation:   21: 841 & 846-Conspiracy to Possess a Controlled Substance with intent
                     to distribute Cocaine.

    c.  [X] Defendant informed of maximum penalty: _____

d. [X] Defendant informed of constitutional rights.
   *My constitutional rights have been explained to me.*
   Date _____ Signature _____

e. [ ] Defendant informed of right to Preliminary Examination.
   set for _____
   OR
   [ ] No right to Preliminary Examination.
   Arraignment set for _____

f. [X] Defendant informed of right to legal counsel.
   _____ 1) Defendant waives counsel, **OR**

   __X__ 2) Defendant informed court name of retained Counsel    Santos Maldonado

   _____ 3) Defendant requests appointment of counsel.

   Defendant has completed financial affidavit.
   _____ a) Court finds Defendant is financially eligible and orders counsel appointed.
   **OR**
   _____ b) Court finds Defendant is financially ineligible and denies request.

   Defendant to advise Court by _____ as to name, address of counsel retained.

g. [X] **PRETRIAL RELEASE:**
   [ ] 1) Government moved for detention under §3124(f).
       Detention Hearing set for: _____
   [ ] 2) Court SUA SPONTE "moves" for detention.
       Detention Hearing set for: _____
   [X] 3) Temporary detention ordered.
       Bond Hearing set for:   To be set in San Antonio Division
   [ ] 4) Court orders Defendant be released on the following conditions:
       [ ] a) Personal recognizance.
       [ ] b) Defendant's bond set at  $ _____
           [ ] which is unsecured.
           [ ] which requires _____ % deposit.
           [ ] which requires 100% cash/corporate/surety.
           [ ] Additional conditions of release as set forth in Order Setting Conditions of Release.
   [ ] 5) Detention ordered (i.e., Probation Violation).

h. [ ] Temporary commitment issued _____
                                              *Date*

i. ☐ Preliminary Examination continued/reset to _____
at _____                                    *Date*
                 *Time*

j. ☐ Preliminary Examination held _____
                                                              *Date*

k. ☐ Probable Cause found _____
   **OR**                                              *Date*
   ☐ No Probable Cause found _____
                                                      *Date*

l. ☐ Defendant held to District Court _____
                                                              *Date*

m. ☐ Defendant dismissed on Government's motion _____
                                                              *Date*

n. ☐ Final Commitment Issued _____
                                                      *Date*

o. ☐ Arraignment Set _____
                                              *Date*

5. a. ☒ **OTHER PROCEEDINGS**   *U.S. Marshal's ordered to transfer defendant to where charges are pending from.*

_____

_____

FILED

MAR 19 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
               DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | Case No. DR13-3824M-01 |
| v. | § § § | (SA-13-CR-199-06) |
| ALICIA RODRIGUEZ | § | |

### INTRA-DISTRICT TRANSFER ORDER

**TO THE UNITED STATES MARSHALS SERVICE:**

An Indictment having been filed against **ALICIA RODRIGUEZ, Case No. SA-13-CR-199-06**, in the SAN ANTONIO Division of the Western District of Texas, and a warrant having been issued, Defendant has been arrested in the Del Rio Division of the Western District of Texas. Having been warned of her rights and advised of the allegations against her, Defendant is hereby committed to your custody and it is ordered that she be detained without bond pending a hearing before a United States Magistrate Judge sitting in the San Antonio Division.

**YOU ARE THEREFORE COMMANDED** to transport the above named defendant forthwith to the San Antonio Division of the Western District of Texas for further court proceedings.

SIGNED and ENTERED this 19th day of February, 2013

_____
COLLIS WHITE
United States Magistrate Judge

RECEIVED
US MARSHALS
DEL RIO, TEXAS
2013 MAR 19 PM 2:00